# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Robert Zimmerle<br>*Plaintiff*<br>v.<br>Sara Candella, Hearing Officer Fred M. and Marcos Carmona<br>*Defendant* | ) ) ) ) )<br>Civil Action No.  4:16-5121-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Report and Recommendation, ECF No. 10, is ADOPTED in its entirety.
Action DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR.  on a
Report and Recommendation to Dismiss Action for Failure to Comply with Court Order, ECF 10.

Date:  01/10/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates